UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUDSON,<br><br>       Plaintiff,<br><br>   v.<br><br>WARDEN C. PHIFFIER,<br><br>       Defendant. | Case No.: 1:21-cv-01254 -JLT (PC)<br><br>**ORDER REQUIRING PLAINTIFF TO SUBMIT COMPLETED APPLICATION TO PROCEED** *IN FORMA PAUPERIS*<br><br>14-DAY DEADLINE |

Plaintiff has filed a motion to proceed *in forma pauperis* in this action. (Doc. 2.) Although Plaintiff signed and dated the application and submitted a trust account statement, he did not fill out the application form and provide his financial information. Without this information, the Court is unable to grant his motion.

Accordingly, the Court ORDERS Plaintiff, **within 14 days** from the date of service of this order, to submit a completed application to proceed *in forma pauperis*. Alternatively, Plaintiff may pay the $402 filing fee in full. **Failure to respond to this order may result in a recommendation that this action be dismissed for failure to obey a court order.**

IT IS SO ORDERED.

   Dated:   **August 19, 2021**             _ /s/ Jennifer L. Thurston
                                           CHIEF UNITED STATES MAGISTRATE JUDGE