UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HUDSON,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN C. PHIFFIER,<br><br>    Defendant. | Case No. 1:21-cv-01254-JLT (PC)<br><br>**ORDER TO SHOW CAUSE**<br><br>**14-DAY DEADLINE** |

On August 19, 2021, this Court entered an order requiring Plaintiff to submit a completed application to proceed *in forma pauperis* ("IFP") or pay the $402 filing fee within fourteen days. (Doc. 4.) The Court cautioned, "**Failure to respond to this order may result in a recommendation that this action be dismissed for failure to obey a court order.**" (*Id.* (alteration in original).) More than fourteen days has passed, and Plaintiff has failed to respond to the order.

Accordingly, **within 14 days** from the date of service, Plaintiff is **ORDERED TO SHOW CAUSE** why this case should not be dismissed for failure to obey a court order. Alternatively, Plaintiff may submit a completed IFP application or pay the $402 filing fee within

///

///

///

fourteen days. **Failure to respond to this order will result in a recommendation that this action be dismissed for failure to obey a court order.**

IT IS SO ORDERED.

    Dated: __September 9, 2021__            _____ **/s/ Jennifer L. Thurston**
                                                            CHIEF UNITED STATES MAGISTRATE JUDGE